**Order entered September 6, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01272-CR

**CODY ALLAN SRADER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80009-2015**

## ORDER

The Court has before it appellant Cody Allan Srader's August 31, 2016, "Motion to Present Pro Se Supplemental Appeal Brief." Appellant, who is represented by counsel, is not entitled to hybrid representation. *See Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004). Accordingly, we **DENY** Srader's pro se motion.

/s/    ROBERT M. FILLMORE
PRESIDING JUSTICE